## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

E-filing     FILED
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

VIOLATIONS: 18 U.S.C. § 287 [False Claims]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment

**DEFENDANT - U.S**
▶ GORDON W. CHOYCE II

DISTRICT COURT NUMBER
CR08-355 CW

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
BY: U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEBORAH R. DOUGLAS, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

E-filing

CR08-355   CW

GORDON W. CHOYCE II,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 287 [False Claims]

---

A true bill.

_____ Foreman

Filed in open court this 28th day of

May 2008.

_____ Clerk

Bail, $ No bail arrest warrant.

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR08-355 CW |
| Plaintiff, ) | |
| ) | VIOLATIONS: 18 U.S.C. § 287 |
| v. ) | [False Claims] |
| ) | |
| GORDON W. CHOYCE II, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 287 - False Claims)

On or about June 25, 2003, in the Northern District of California, the defendant

GORDON W. CHOYCE II,

did make and present to the United States Department of Housing and Urban Development ("HUD"), a department and agency of the United States, a claim for supportive services and administrative costs in the amount of $6,984.57 for the period March 14, 2003 to March 30, 2003 under Supportive Housing Grant Agreement # CA01B002024 between HUD and Jubilee Restoration, Inc., knowing such claim to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287.

INDICTMENT

**COUNTS TWO THROUGH NINE**: (18 U.S.C. § 287 - False Claims)

On or about the dates listed below, in the Northern District of California, the defendant

GORDON W. CHOYCE II,

did make and present to the United States Department of Housing and Urban Development ("HUD"), a department and agency of the United States, claims for supportive services and administrative costs in the amounts and for the periods identified below under Supportive Housing Program Renewal Grant Agreement # CA01B102016 between HUD and Jubilee Restoration, Inc., knowing such claims to be false, fictitious, and fraudulent:

| COUNT | DATE OF CLAIM | PERIOD | AMOUNT |
|---|---|---|---|
| 2 | 8/28/03 | 4/1/03 - 8/30/03 | $ 42,165.82 |
| 3 | 10/29/03 | 9/1/03 - 10/31/03 | $ 16,866.32 |
| 4 | 11/26/03 | 11/1/03 - 11/30/03 | $ 8,433.16 |
| 5 | 12/4/03 | 12/1/03 - 12/31/03 | $ 8,433.16 |
| 6 | 2/13/04 | 1/1/04 - 1/31/04 | $ 8,432.56 |
| 7 | 3/18/04 | 2/1/04 - 2/28/04 | $ 8,432.56 |
| 8 | 4/1/04 | 3/1/04 - 3/15/04 | $ 8,432.56 |
| 9 | 4/19/04 | 3/16/04 - 3/30/04 | $ 974.86 |

All in violation of Title 18, United States Code, Section 287.

DATED: May 28, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
  AUSA Deborah R. Douglas

INDICTMENT                                2