DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 6 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 5/30/08 10:04:50-10:10:36 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 5/30/08 | NEW CASE ☐ | CASE NUMBER CR-08-00355-CW | |

### APPEARANCES

| DEFENDANT GORDON W. CHOYCE, II | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Ismail Ramsey (Special Appearance) | PD. ☐ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Deborah Douglas | INTERPRETER None | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 3 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 3 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 5/30/08 | ☒ ADVISED OF CHARGES 5/30/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

**FILED MAY 30 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 9 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL 9 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 6/6/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ ~~STATUS~~ ~~TRIAL~~ SET DATE BEF. JUDGE C. WILKEN |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 6/6/08 FOR CONTINUITY OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft. voluntary self-surrendered in court this morning. The Court ordered that the No Bail Arrest Warrant issued against the deft. is VACATED. Atty. Ismail Ramsey only appeared specially on behalf of the deft. at this time bec. he still needs to finalize the issue of representation with the deft. Discovery will be provided by the govt's atty. to Atty. Ismail Ramsey sometime next week. The Court ordered that the deft. must report to the U.S. Marshal's Office for processing bef. he leaves the Oakland Fed. Courthouse Bldg.    DOCUMENT NUMBER:
this morning.

cc: WDB's Stats, Sheilah, Pretrial, Marshal