**RAMSEY | EHRLICH** LLP

ATTORNEYS AT LAW

Ismail J. Ramsey, *Partner*
(510) 548-3600
Fax No.: (510) 291-3060
miles@ramsey-ehrlich.com

June 13, 2008

Hon. Wayne D. Brazil
United States Magistrate Judge
United States Courthouse
1301 Clay Street
Oakland, CA 94612

Attn. Ms. Ivy Garcia, Courtroom Clerk

Re: General Appearance in *United States v. Gordon Choyce II*, CR-08-00355-CW

Your Honor,

This letter is to inform you that Gordon Choyce II has retained our firm to represent him in the above entitled case. I hereby make a general appearance.

Please let me know if you have any questions.

Regards,

*/s/ Ismail J. Ramsey*