**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Criminal Minute Order**

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: David Disbrow, pro tem**
**Date: 6/18/08**

**Plaintiff:** United States

**v.**                                          **No.** CR-08-00355 CW

**Defendant:** Gordon W. Choyce, III (present)

**Appearances for Plaintiff:**
Deborah Douglas

**Appearances for Defendant:**
Ismail Ramsey

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting**

**Notes:**     This was the defendant's first appearance before District
Judge.  Defense is still getting discovery and is in the process of
reviewing the large amount of discovery.  **Case continued to 7/23/08 at
2:30 p.m. for disposition or motions setting or trial setting.**
Defense to know at that time if he will be filing any motions.  Time
excluded for effective preparation.

Copies to: Chambers