UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

**v.**                                              **No.** CR-08-00355 CW

**Defendant:** Gordon W. Choyce, III (not present)


**Appearances for Plaintiff:**
Deborah Douglas

**Appearances for Defendant:**
no appearance

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


    **Hearing:** Trial Setting or Motions Setting or Dispostion

**Notes:**    No appearance by defendant or attorney. **Case continued to 8/6/08 at 2:30 p.m. for trial setting or motions setting or disposition.** Time excluded for continuity of counsel. If government wants warrant issued, government can request it.

Copies to: Chambers