ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 (FAX)
izzy@ramsey-ehrlich.com

Attorney for Defendant Gordon Choyce II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 08-00355 CW |
|---|---|
| Plaintiff, | ) *EX PARTE* MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GORDON CHOYCE II |
| vs. | ) |
| GORDON CHOYCE II, | ) Hon. Claudia Wilken |
| Defendant | ) August 6, 2008 at 2:30 p.m. |

**NOTICE OF MOTION AND *EX PARTE* MOTION TO WITHDRAW**

**AS COUNSEL FOR GORDON CHOYCE II**

TO DEFENDANT GORDON CHOYCE AND PLAINTIFF THE UNITED STATES OF AMERICA:

Please take notice that, pursuant to this Court's Local Rule 44-2, Ismail Ramsey of the law firm of Ramsey & Ehrlich LLP, moves this Court for an order relieving him as counsel for Gordon Choyce II in the above-entitled matter.

This motion is based upon information to be provided to the court *in camera* by undersigned counsel, the files and records in this case, and such other statutory and jurisprudential authorities as may be relevant hereto.

Dated:     August 6, 2008                    Respectfully Submitted,

                                             RAMSEY & EHRLICH LLP

                                             ISMAIL RAMSEY