UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/6/08**

**Plaintiff:**   United States

**v.**                                                             **No.**  CR-08-00355 CW

**Defendant:**   Gordon W. Choyce, III (present)

**Appearances for Plaintiff:**
Deborah Douglas

**Appearances for Defendant:**
Ismail Ramsey

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

  Hearing:  Trial Setting or Motions Setting or Disposition
            Dft. Attorney's Motion to Withdraw

**Notes:**     Motion to withdraw taken up in closed courtroom.  **Case referred to WDB for hearing on 8/8/08 at 10:00 a.m. for submission of financial affidavit and appointment of attorney, if eligible.**  Mr. Ramsey to remain as counsel pending appointment of another attorney. If defendant is not eligible, this Court will review the matter further; motion to withdraw taken under submission.  **Case also continued to 8/20/08 at 2:30 p.m. before this Court for trial setting or motions setting or disposition.**  Time excluded for continuity of counsel and effective preparation.

Copies to: Chambers; WDB/Ivy