| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBERS | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK  LISA R. CLARK | REPORTER/FTR  11:22-11:37:43 | |
| MAGISTRATE JUDGE  WAYNE D. BRAZIL | DATE  8/8/08 | NEW CASE ☐ | CASE NUMBER  CR-08-355 CW |

### APPEARANCES

| DEFENDANT  GORDON W. CHOYCE, III | AGE | CUST  N | P/NP  P | ATTORNEY FOR DEFENDANT  ISMAEL RAMSEY | PD. ☒  APPT. | RET. ☐  ☒ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY  DEBRA DOUGLAS | INTERPRETER | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER  HENCE WILLIAMS | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR  time | ☐ PRELIM HRG  time | ☐ MOTION  time | ☐ JUGM'T & SENTG  time | ☐ STATUS  time |
|---|---|---|---|---|
| ☒ I.D. COUNSEL  time | ☐ ARRAIGNMENT  time | ☐ BOND SIGNING  time | ☐ IA REV PROB. or S/R  time | ☐ BAIL REVIEW  time |
| ☐ DETENTION HRG  time | ☐ ID/REMOVAL HRG  time | ☐ CHANGE PLEA  time | ☐ PROB. REVOC.  time | ☐ SUP REL HRG  time |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY  $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED  ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:  8/20/08 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:  2:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.  CW | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

ISMAEL RAMSEY SUBSITUTED OUT AND REPLACE BY PUBLIC DEFENDER'S OFFICE

CC: IVY, SHEILAH