UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 8/20/08**

**Plaintiff:** United States

**v.**                                                    **No.** CR-08-00355 CW

**Defendant:** Gordon W. Choyce, III (present)

**Appearances for Plaintiff:**
Deborah Douglas

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:** Trial Setting or Motions Setting or Dispositon
Dft. Attorney Mo. to Withdraw

**Notes:** Court admonishes defendant for being late. Court grants Mr. Ramsey's motion to withdraw; Court appoints AFPD Jerome Matthews as counsel. Defense has significant discovery to review. **Case continued to 9/17/08 at 2:30 p.m. for trial setting or motions setting or disposition.** Time excluded for effective preparation, volume of discovery, and continuity of counsel. Defense counsel to know by 9/17 if he will be filing motions. If filing motions, counsel can set stipulated briefing schedule and hearing date and vacate 9/17 date. If defendant is not present at next hearing, Court will issue warrant.

Copies to: Chambers