JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAY 1 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GORDON W. CHOYCE II, <br> Defendant. | No. CR08-355 CW <br><br> NOTICE OF DISMISSAL <br><br> (Oakland Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses, without prejudice, the above indictment against Gordon W. Choyce II, the former Deputy Executive Director of Jubilee Restoration, Inc., pursuant to a plea agreement filed on May 13, 2009 between the United States and Jubilee Restoration, Inc., in *United States v. Jubilee Restoration, Inc.*, CR09-00440 CW.

Dated: May 13, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DEBORAH R. DOUGLAS
Assistant United States Attorney

NOTICE OF DISMISSAL (CR08-355 CW)

1 | Leave of Court is granted to the government to dismiss that indictment.

2

3 Date: ___MAY 1 3 2009___

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE CLAUDIA WILKEN
4　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR08-355 CW)       2